**SMITH KRIVOSHEY, PC**
Joel D. Smith
(State Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey
(State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:yeremey@skclassactions.com

*Attorneys for Plaintiff*

**TROUTMAN AMIN, LLP**
Eric J. Troutman (SBN 229263)
Brittany A. Andres (SBN 340856)
E-Mail: troutman@troutmanamin.com
E-Mail: brittany@troutmanamin.com
400 Spectrum Center, Suite 1550
Irvine, CA 92618
Telephone: 949-350-3663

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TONIA JEWELL VINES, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>  v.<br><br>LOANDEPOT.COM, LLC,<br><br>                 Defendant. | Case No. 8:24-cv-01067-FWS-ADS<br><br><br>**STIPULATION OF DISMISSAL** |

STIPULATION FOR DISMISSAL
CASE NO. 8:24-CV-01067-FWS-ADS

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Tonia Jewell Vines and Defendant loanDepot.com, LLC, that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Tonia Jewell Vines against Defendant loanDepot.com, LLC are hereby dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

Dated:  April 15, 2025          **SMITH KRIVOSHEY, PC**

                                By:  */s/ Yeremey O. Krivoshey*
                                     Joel D. Smith
                                     Yeremey O. Krivoshey

                                *Attorneys for Plaintiff Tonia Jewell-Vines*

Dated:  April 15, 2025          **TROUTMAN AMIN, LLP**

                                By:  */s/ Eric J. Troutman*
                                     Eric J. Troutman
                                     Brittany A. Andres

                                *Attorneys for Defendant loanDepot.com, LLC*

### SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated:  April 15, 2025          By:  */s/ Yeremey O. Krivoshey*
                                     Yeremey O. Krivoshey